2 So.2d 924

### Bill GRISSOM v. STATE.
### 8 Div. 116.

Supreme Court of Alabama.

May 15, 1941.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Bill Grissom for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Grissom v. State (8 Div. 115), 2 So.2d 925.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.

2 So.2d 924

### Katie C. HADDOCK v. J. Russell McELROY, as Judge of the Circuit Court, Jefferson County.
### 6 Div. 870.

Supreme Court of Alabama.

April 30, 1941.

Chas. Denegre, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and THOMAS, BROWN, and LIVINGSTON, JJ., concur.

1 So.2d 40

### John HENDERSON et al. v. E. L. NOLAND.
### 6 Div. 746.

Supreme Court of Alabama.

Jan. 16, 1941.

L. C. Bell and Reuben H. Wright, both of Tuscaloosa, for appellants.

R. C. Price and F. F. Windham, both of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed.

1 So.2d 40

### Green JACKSON v. L. C. FOSTER.
### 8 Div. 75.

Supreme Court of Alabama.

Jan. 23, 1941.

PER CURIAM.

Affirmed on certificate.

1 So.2d 922

### Lively LEWIS v. STATE.
### 6 Div. 837.

Supreme Court of Alabama.

April 24, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on motion of appellant.